Same case below, 436 Fed. Appx. 70.

**No. 11-7279. Charles Toler, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 861, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8904.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 444 Fed. Appx. 561.

**No. 11-7281. Clint D. Romines, Jr., aka Clint Dale Romines, aka Clint Rominez, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 861, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8849.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7283. Christopher J. Scroggins, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 861, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8840.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 648 F.3d 873.

**No. 11-7288. Steven D'Agostino, Petitioner v. Communications-Electronics Command, Research, Development, and Engineering Center, Department of the Army, Fort Monmouth.**

565 U.S. 1099, 132 S. Ct. 861, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8925.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7289. Kingsley T. Eze, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 862, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8895.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-7290. Larry Darnell Eason, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 862, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8872.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 446 Fed. Appx. 948.

**No. 11-7291. Carlos Cegledi, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 862, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8906,

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 870.

**No. 11-7292. Yonel Jean Baptiste, Petitioner v. United States.**

565 U.S. 1099, 132 S. Ct. 862, 181 L. Ed. 2d 561, 2011 U.S. LEXIS 8978.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.